IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**NESTOR TIRADO-BARBOSA**                                                                 **PLAINTIFF**
Reg #51970-069

v.                                            CASE NO. 2:23-CV-00023-BSM

**JOHN YATES**                                                                                  **DEFENDANT**

## ORDER

After *de novo* review, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 13] is adopted and Nestor Tirado-Barbosa's petition for habeas relief [Doc. No. 1] is dismissed without prejudice because he failed to exhaust administrative remedies.

IT IS SO ORDERED this 31st day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE