IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**NESTOR TIRADO-BARBOSA**                                             **PLAINTIFF**
**Reg #51970-069**

v.                              CASE NO. 2:23-CV-00023-BSM

**JOHN YATES**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE